UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORPORATION,
d/b/a AMTRAK,

                 Plaintiff,

-against-

ATOMIC FUEL OIL COMPANY,

                 Defendant.
-------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

05 CV 425 (J. GLASSER)
(M.J. POLLAK)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that the above-entitled action be and the same hereby is dismissed with prejudice and without costs to either party as against the other.

Dated: New York, New York
June 17, 2005

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Mark S. Landman (ML 7654)
Attorneys for Plaintiff Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

VALLONE & VALLONE

By: _____
Paul A. Vallone (PV    )
Attorneys for Defendant
Atomic Fuel Oil Company
22-45 31st Street
Astoria, N.Y. 11105
(718) 204-2929

SO ORDERED:

_____
U.S.D.J.

7/5/05

397369.1 DocsNY